UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER A. JONES, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:12-cv-02177-GMN-GWF |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| JAMES G. COX, *et al.*, ) | Motion for Removal from Service List (#10) |
| ) | |
| Defendants. ) | |

This matter comes before the Court on Defendants' Counsel's ("Counsel") Motion to Remove Kara Krause, Esq. from the Service List. Counsel represents that Ms. Krause is no longer employed with the Nevada Office of the Attorney General. Deputy Attorney General Kelly Smith is currently the attorney of record for Defendants. Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Motion to Remove Former Counsel from CM/ECF Service List and Request to Discontinue Notice of Proceedings (#10) is **granted**.

**IT IS FURTHER ORDERED** that Kara L. Krause, Esq. be removed from the CM/ECF Service List in this matter.

DATED this 28th day of January, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge